IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAWN GUARINO GEDEON | ) | CASE NO. 4:22-cv-00441 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| vs. | ) | |
| | ) | |
| MICHELLE NICOLE FRENCHKO, et al. | ) | **PLAINTIFF'S SUPPLEMENTAL BRIEF** |
| | ) | **IN SUPPORT OF MOTION TO SHOW** |
| Defendants. | ) | **CAUSE** |

The undersigned counsel herewith submits a supplemental exhibit in support of the Motion to Show Cause. The link below is a recording of statements made by Defendant Michelle Nicole Frenchko at a public meeting of the Trumbull County Commissioners advocating for the re-hire of the former clerk as her personal assistant. Defendant stated the re-hire would "help prevent a potentially valid lawsuit as opposed to the ones that are not sticking." (See Web recording, http://commissioners.co.trumbull.oh.us/voice/220907_002.MP3 at the 48 minute mark).

The public comment by Defendant Frenchko directly referenced this and other pending cases before the Court.

Respectfully submitted,

 /s/ Dennis R. Fogarty
DENNIS R. FOGARTY (0055563)
**DAVIS & YOUNG**
35000 Chardon Road, Suite 100
Willoughby Hills, OH 44094
Ph: (216) 348-1700
Fax: (216) 621-0602
Email: dfogarty@davisyoung.com
***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed with the Court on September 12, 2022. Notice of this filing will be sent by operation of the Court's case management and electronic case filing system. Parties may access this filing through the Court's case management and electronic case filing system.

 

                                                               /s/ Dennis R. Fogarty
                                                              DENNIS R. FOGARTY (0055563)
                                                              *Attorney for Plaintiff*