IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAWN GUARINO GEDEON | ) | CASE NO. 4:22-cv-00441 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| vs. | ) | |
| | ) | |
| MICHELLE NICOLE FRENCHKO, et al. | ) | **PLAINTIFF'S RESPONSE TO** |
| | ) | **DEFENDANTS' MOTION TO MODIFY** |
| Defendants. | ) | **GAG ORDER** |

Plaintiff takes no position with respect to Defendants' Motion to Modify the Gag Order (ECF #41). Plaintiff and counsel for Plaintiff will abide by this Court's Orders with respect to the Gag Order (ECF #32).

Respectfully submitted,

*/s/ Dennis R. Fogarty*
DENNIS R. FOGARTY (0055563)
MATTHEW P. BARINGER (0082694)
**DAVIS & YOUNG**
35000 Chardon Road, Suite 100
Willoughby Hills, OH 44094
Ph: (216) 348-1700
Fax: (216) 621-0602
Email: dfogarty@davisyoung.com
mbaringer@davisyoung.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed with the Court on November 17, 2022. Notice of this filing will be sent by operation of the Court's case management and electronic case filing system. Parties may access this filing through the Court's case management and electronic case filing system.

                                                */s/ Dennis R. Fogarty*
                                                DENNIS R. FOGARTY (0055563)
                                                MATTHEW P. BARINGER (0082694)
                                                ***Attorneys for Plaintiff***