PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAWN GUARINO GEDEON, | ) | |
| | ) | |
| | ) | CASE NO. 4:22CV441 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MICHELLE NICOLE FRENCHKO, *et al*, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 48] |

Pending before the Court is Defendants' Motion to Compel. *See* ECF No. 48. Local Rule 37.1 and the Case Management Conference Order (ECF No. 16 at PageId #: 75) issued in this case outline the process for the resolution of discovery disputes – steps that must be taken in advance of a party's filing of a discovery motion. For reasons not made known to the Court, this process was ignored.

LR.37.1(a)(1) states "[d]iscovery disputes shall be referred to [the Court] only after counsel for the party seeking the disputed discovery has made, and certified to the Court the making of, sincere, good faith efforts to resolve such disputes." This notice can be made by letter or a telephone call to chambers with counsel for both parties on the line. The Court may then choose to hold a telephonic conference or take other steps deemed appropriate to achieve a resolution. If these steps do not resolve the dispute, only then will the Court authorize the filing of a discovery motion. Defendants' Motion does not comply with the process outlined in LR

(4:22CV441)

37.1 or the Court's Case Management Order that repeats these expectations.  See ECF No. 16 at PageId #: 75.

      For these reasons, Defendants' Motion to Compel is denied.[1]


      IT IS SO ORDERED.


| December 22, 2022 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
|  | United States District Judge |

---

[1] Defendants' Motion indicates that discussions were had between defense counsel and counsel for Glenn, Blair, and Taylor.  Counsel is ordered to renew these discussions and comply with LR 37.1 and the Case Management Conference Order before further communications with the Court.