# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| DAWN GEDEON, | : | Case No. 4:22-cv-441 |
| | : | |
| Plaintiff, | : | |
| v. | : | Judge Benita Y. Pearson |
| | : | |
| MICHELLE FRENCHKO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, by and through their respective counsel, and by stipulation of all parties to this action, hereby stipulate and agree to the dismissal of all claims and causes of action set forth in all pleadings filed in the above captioned matter with prejudice. Each party shall bear their own costs and expenses.

Respectfully Submitted,

/s/ Dennis R. Fogarty (per email consent 6-22-23)
Dennis R. Fogarty (0055563)
Davis & Young
35000 Chardon Road, Suite 100
Willoughby Hills, OH  44092
(216) 348-1700 – Telephone
(216) 621-0602 – Facsimile
dfogarty@davisyoung.com
*Attorney for Plaintiff*

/s/ Michael P. Quinlan (per email consent 6-22-23)
Michael P. Quinlan (0066718)
Mansour Gavin LPA
1001 Lakeside Avenue
Suite 1400
Cleveland, OH  44114
(216) 523-1500 – Telephone
(216) 523-1705 – Facsimile
mquinlan@mggmlp.com
*Attorney for Defendant*
*Michele Nicole Frenchko*

/s/ Helen K. Sudhoff
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH  43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
*Counsel for Defendant*
*Trumbull County Commissioners*